# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MARK RUSSELL,

Plaintiff,

v.

CITY OF CHICAGO,

Defendants.

**SUMMONS**

No. 08CV7168
JUDGE GRADY
MAGISTRATE JUDGE ASHMAN
Judge RCC
Magistrate Judge

To: CITY OF CHICAGO
C/o City Clerk
121 N. LaSalle, Room 107
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) Deputy Clerk                                        Date

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK                                        December 16, 2008
                                                         Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 12-16-08 |
| NAME OF SERVER (PRINT): Ashley Bailey | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: City of Chicago City Clerk 121 N. LaSalle Chicago IL 60601

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: Recieved By: Bernadine Grabrysiak

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 12-16-08
Date

Signature of Server: Ashley Bailey

Address of Server: 20 S. Clark Suite 500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.